IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-10-0498 |
| LATESHA BROWN, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION FOR RECONSIDERATION OF SENTENCE (ECF No. 198). The motion is DENIED. The Court is unaware of authority granting it to jurisdiction to consider this motion in what is an otherwise closed case. The circumstances described by the Defendant do not qualify the case for consideration under Rule 35, Federal Rules of Criminal Procedure. Finally, the Court is aware of no authority granting a Defendant credit against their sentence for that time spent on release prior to conviction, even if that release was subject to conditions such as the posting of a bond, electronic monitoring, telephone supervision, general supervision by a pretrial services officer, or any other condition short of detention.

DATED this __22nd__ day of June, 2015.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge